IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Case No. 8:18-cv-00329 |
| WERNER ENTERPRISES, INC., | | |
| Defendant; | | |

**ORDER ON UNOPPOSED MOTION TO INTERVENE**

On this day the Court considered Andrew Deuschle's Unopposed Motion to Intervene in the above-styled and numbered cause, and having considered the supporting Memorandum, any response, and the applicable law, the Court is of the opinion that it should be granted.

Andrew Deuschle's Unopposed Motion to Intervene is hereby GRANTED, and it is ORDERED that the proposed Complaint in Intervention be considered filed on the date of filing of the Motion to Intervene.

SIGNED and ORDERED this ____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE