# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 8:18-cv-00329 JMG-SMB ) ) |
| WERNER ENTERPRISES, INC., | ) ) |
| Defendant. | ) ) ) |

## ENTRY OF APPEARANCE

Comes now the undersigned and enters his appearance as counsel for the Plaintiff, U.S. Equal Employment Opportunity Commission.

Respectfully submitted,

*s/ Grant R. Doty*
Missouri Bar Number: 60788
Senior Trial Attorney
St. Louis District Office
1222 Spruce St., Room 8.100
St. Louis, MO 63103
Telephone: (314) 539-7918
Fax: (314) 539-7895
Email: grant.doty@eeoc.gov

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## Certificate of Service

The undersigned certifies that on November 28, 2018, the foregoing was filed via the Court's Case Management/Electronic Case Filing (CM/ECF) system.

*s/ Grant R. Doty*