IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> WERNER ENTERPRISES, INC., <br><br> Defendant. | **8:18CV329** <br><br> **ORDER** |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> DRIVERS MANAGEMENT, LLC, and WERNER ENTERPRISES, INC., <br><br> Defendants. | **8:18CV462** |

This matter is before the Court on the unopposed motions to consolidate filed in the above-captioned cases. (Case No. 8:18CV329, [Filing No. 34](#); Case No. 8:18CV462, [Filing No. 12](#).) The parties request that these cases be consolidated for purposes of discovery. Upon consideration,

**IT IS ORDERED:**

1. The motions to consolidate (Case No. 8:18CV329, [Filing No. 34](#); Case No. 8:18CV462, [Filing No. 12](#)) are granted. *EEOC v. Werner Enterprises*, *Inc.* Case No. 8:18CV329 and *EEOC v. Drivers Management, LLC*, Case No. 8:18CV462 are consolidated for discovery purposes only.

2. Counsel shall conduct discovery as if these consolidated cases are part of a single case.

3. Case No. 8:18CV329 is hereby designated as the "Lead Case." Case No. 8:18CV462 is designated as the "Member Case."

4. The Court's CM/ECF System has the capacity for "spreading" text among consolidated cases. If properly docketed, the documents filed in the Lead Case will automatically be filed in the Member Case. To this end, the parties are instructed to file in the Lead Case all further documents except those described in Paragraph 5 and to select the option "yes" in response to the System's question of whether to spread the text.

5. The parties may not use the spread text feature to file complaints, amended complaints, and answers; to pay filing fees electronically using pay.gov; or to file items related to service of process.

6. If a party believes that an item in addition to those described in Paragraph 5 should not be filed in all the consolidated cases, the party must move for permission to file the item in only one of the consolidated cases.

7. The parties are advised that the planning conference set in Case No. 8:18CV329 will occur as scheduled on January 15, 2019.

Dated this 4th day of December, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge