IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br> v.<br><br>WERNER ENTERPRISES, INC.,<br><br>    Defendant;<br>and<br><br>ANDREW DEUSCHLE,<br><br>    Plaintiff Intervenor,<br><br> v.<br><br>WERNER ENTERPRISES, INC.,<br><br>    Defendant. | **CASE NO: 8:18-CV-329-JMG-SMB**<br>**Jury Trial Demanded**<br><br>**JOINT MOTION FOR EXTENSION OF TIME OF AMENDED PROGRESSION ORDER DEADLINES** |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br> v.<br><br>DRIVERS MANAGEMENT, LLC and WERNER ENTERPRISES, INC.,<br><br>    Defendants. | **CASE NO: 8:18-CV-462-JMG-SMB**<br>**Jury Trial Demanded**<br><br>**JOINT MOTION FOR EXTENSION OF TIME OF AMENDED PROGRESSION ORDER DEADLINES** |

  COMES NOW, Plaintiff Equal Employment Opportunity Commission, Plaintiff Intervenor Andrew Deuschle, and Defendants Drivers Management, LLC and Werner Enterprises, Inc., by and through undersigned counsel, hereby move the Court for an entry of an order extending the following deadlines previously set in the Seconded Amended Final Progression Order (ECF No. 62). In support of its Motion, the parties show the Court as follows:

1

1.	Despite the parties' diligence in the progression of this litigation, the parties request the following extension of the deadlines set by the Court's Second Amended Final Progression Order to accommodate Defendants' and their counsel's schedules in scheduling three depositions noticed by Plaintiff EEOC.

2.	On July 26, 2019, Plaintiff EEOC served upon the parties three deposition notices: Rule 30(b)(6) Deposition of Defendants, Rule 30(b)(1) Deposition of Jaime Maus, Werner's Vice President of Safety, and Rule 30(b)(1) Deposition of Scott Hollenbeck, Werner's Director of Compliance. On that same date, Plaintiff EEOC also served a Request for Entry on Land for Inspection of Tangible Things Pursuant to Fed. R. Civ. P. 34(a) to allow its expert to inspect Defendants' over-the-road truck driver's job functions and Student Driver Training Program. Plaintiff EEOC served these fact discovery requests to obtain discovery necessary for preparation of its expert's report, then due September 9, 2019.

3.	On August 13, 2019, Defendants informed Plaintiff EEOC that the first available dates for all Werner counsel and witnesses for the noticed depositions are in November 2019. The parties agreed to conduct the depositions on November 12, 13, and 14, 2019. The parties also agreed that if Defendants' objections to EEOC's Rule 34 Request for Entry on Land were resolved, the inspection would occur on November 22, 2019. For those reasons, the parties respectfully requested the Court extend the relevant deadlines sent in the Amended Final Progression Order (ECF No. 59) and the Court granted the request resulting in Second Amended Final Progression Order (ECF. No. 62).

4.	In October, Defendants informed Plaintiff that Defendants' counsel were no longer available for deposition on November 12, 2019 because defense counsel had received notice that the United States Court of Appeals for the Eighth Circuit had set an appeal in which

defense counsel are involved for oral argument on that date. Defendants asked Plaintiff and Intervenor whether they could conduct the three noticed depositions in two days. Defendants explained that they would likely designate three or more witnesses in response to Plaintiff's Rule 30(b)(6) deposition notice. As a result, Plaintiff and Intervenor concluded that they would not be able to conduct the deposition of Ms. Maus, deposition of Mr. Hollenbeck, and the 30(b)(6) deposition of three or more individuals in two days. Plaintiff proposed deposing Defendants' 30(b)(6) witnesses on a portion of the topics identified in the 30(b)(6) notice during November and then the remainder of the topics at a later date; however, Defendants did not want to proceed piecemeal with the depositions and have witnesses appear multiple times for depositions. Defendants, their counsel, and their witnesses are next available on January 29, 30, and 31, 2020. Plaintiff and EEOC have agreed to conduct the depositions on those dates.

   5.  Thus, in the spirit of cooperation, the parties agreed to respectfully request that the Court enter an order extending the relevant deadlines as follows:

| Event | Current Deadline | Proposed Extension |
|---|---|---|
| Deadline for identifying expert witnesses expected to testify at the trial and completing expert disclosures, (both retained expert (Fed. R. Civ. P. 26(a)(2)(B)) and non-retained experts (Fed. R. Civ. P. 26(a)(2)(C) – for Plaintiff | December 13, 2019 | February 14, 2020 |
| Deadline for identifying expert witnesses expected to testify at the trial and completing expert disclosures, (both retained expert (Fed. R. Civ. P. 26(a)(2)(B)) and non-retained experts (Fed. R. Civ. P. 26(a)(2)(C) – for Intervenor | December 13, 2019 | February 14, 2020 |
| Deadline for identifying expert witnesses expected to testify at the trial and completing expert disclosures, (both retained | January 24, 2020 | March 27, 2020 |

| Event | Current Deadline | Proposed Extension |
|---|---|---|
| expert (Fed. R. Civ. P. 26(a)(2)(B)) and non-retained experts (Fed. R. Civ. P. 26(a)(2)(C) – for Defendants | | |
| Deadline for completing written discovery under Fed. R. Civ. P. 33, 34, & 36 | January 24, 2020 | March 27, 2020 |
| Deadline for filing motions to compel under Fed. R. Civ. P. 33, 34, & 36 | February 7, 2020 | April 7, 2020 |
| Deadline for completing expert disclosures for all experts expected to testify at the trial, (both retained expert (Fed. R. Civ. P. 26(a)(2)(B)) and non-retained experts (Fed. R. Civ. P. 26(a)(2)(C) – for Plaintiff's Rebuttal | March 6, 2020 | May 6, 2020 |
| Deadline for completing expert disclosures for all experts expected to testify at the trial, (both retained expert (Fed. R. Civ. P. 26(a)(2)(B)) and non-retained experts (Fed. R. Civ. P. 26(a)(2)(C) – for Intervenor's Rebuttal | March 6, 2020 | May 6, 2020 |
| Non-expert deposition deadline | March 6, 2020 | May 6, 2020 |
| Expert deposition deadline | April 24, 2020 | June 19, 2020 |
| Deadline for filing motions to exclude testimony on *Daubert* and related grounds | June 12, 2020 | July 27, 2020 |
| Deadline for filing motions to dismiss and motions for summary judgment | June 26, 2020 | August 10, 2020 |
| Deadline for parties' Proposed Pretrial Conference Order and Exhibit List(s) | 12:00 p.m. on September 30, 2020 | |
| Pretrial Conference for *EEOC v. Werner Enters., Inc.*, Case No. 8:18-CV-00329 | 10 a.m. on October 5, 2020 | |
| Trial in *EEOC et al v. Werner Enters., Inc.*, Case No. 8:18-CV-00329 | 9 a.m. on October 26, 2020 | |
| Deadline for parties' Proposed Pretrial Conference Order and | 12:00 p.m. on November 17, 2020 | |

4

| Event | Current Deadline | Proposed Extension |
|---|---|---|
| Exhibit List(s) in *EEOC v. Drivers Mgmt. LLC & Werner Enters., Inc.*, Case No. 8:18-cv-00462 | | |
| Pretrial Conference for *EEOC v. Drivers Mgmt. LLC & Werner Enters., Inc.*, Case No. 8:18-cv-00462 | 10:00 a.m. on November 20, 2020 | |
| Trial in *EEOC v. Drivers Mgmt. LLC & Werner Enters., Inc.*, Case No. 8:18-cv-00462 | 9:00 a.m. on December 14, 2020 | |

  6. The parties suggest discussing the rescheduling of the deadlines to file the parties' proposed pretrial conference order and exhibit lists, the pretrial conference, and trial during the previously scheduled conference on November 5, 2019.

  WHEREFORE, the parties respectfully request that the Court enter an order extending deadlines set in the Amended Final Progression Order as stated above.

  DATED this 1st day of November, 2019.

      [*signature blocks on following page*]

| | | |
|---|---|---|
| */s/ Emily A. Keatley* | */s/ Lia S. Davis* [signed by permission] | */s/ Brandon J. Crainer* [signed by permission] |
| Emily A. Keatley<br>Equal Employment Opportunity Commission<br>Kansas City Area Office<br>400 State Ave., Ste. 905<br>Kansas City, KS 66101<br>(913) 551-6648 (phone & fax)<br>emily.keatley@eeoc.gov<br><br>Grant R. Doty<br>Equal Employment Opportunity Commission<br>St. Louis District Office<br>1222 Spruce St., Rm. 8.100<br>St. Louis, MO 63103<br>(314) 539-7918<br>grant.doty@eeoc.gov<br>*Counsel for Plaintiff EEOC* | Brian East<br>Lia S. Davis<br>Disability Rights Texas<br>2222 West Braker Lane<br>Austin, Texas 78758-1024<br>(512) 454-4816 (phone)<br>(512) 454-3999 (fax)<br>beast@drtx.org<br>ldavis@drtx.org<br>Dianne D. DeLair<br>Disability Rights Nebraska<br>134 South 13th Street, Suite 600<br>Lincoln, Nebraska 68508<br>(402) 474-3183 (phone)<br>(402) 474-3274 (fax)<br>dianne@drne.org<br>*Counsel for Plaintiff Intervenor Andrew Deuschle* | Brandon J. Crainer<br>Elizabeth A. Culhane<br>Joseph E. Jones<br>Fraser Stryker PC LLO<br>500 Energy Plaza<br>409 South 17th Street<br>Omaha, Nebraska 68102<br>(402) 341-6000 (phone)<br>(402) 341-8290 (fax)<br>bcrainer@fraserstryker.com<br>eculhane@fraserstryker.com<br>jjones@fraserstryker.com<br>*Counsel for Defendants Drivers Management, LLC and Werner Enterprises, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record listed below:

Brian East, beast@drtx.org
Dianne D. DeLair, dianne@drne.org
Lia S. Davis, ldavis@drtx.rog
*Counsel for Plaintiff-Intervenor*

Brandon J. Crainer, bcrainer@fraserstryker.com
Elizabeth A. Culhane, eculhane@fraserstryker.com
Joseph E. Jones, jjones@fraserstryker.com
*Counsel for Defendant*

*/s/ Emily A. Keatley*
Emily A. Keatley