# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>WERNER ENTERPRISES, INC.,<br><br>    Defendant;<br>and<br><br>ANDREW DEUSCHLE,<br><br>    Plaintiff Intervenor,<br><br>v.<br><br>WERNER ENTERPRISES, INC.,<br><br>    Defendant. | **CASE NO: 8:18-CV-329**<br><br><br>**MOTION TO WITHDRAW BRANDON J. CRAINER AS COUNSEL OF RECORD** |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>DRIVERS MANAGEMENT, LLC and WERNER ENTERPRISES, INC.,<br><br>    Defendants. | **CASE NO: 8:18-CV-462**<br><br><br>**MOTION TO WITHDRAW BRANDON J. CRAINER AS COUNSEL OF RECORD** |

COME NOW Defendants Werner Enterprises, Inc. and Drivers Management, LLC ("Defendants"), by and through undersigned counsel, and move this Court for an Order permitting Brandon J. Crainer to withdraw as counsel of record for Defendants. In support of this Motion, the undersigned shows to the Court that Brandon J. Crainer is

departing Fraser Stryker, PC LLO; and Defendants will continue to be represented by Elizabeth A. Culhane and Patrick J. Barrett of Fraser Stryker, PC LLO.

WHEREFORE, Defendants move for an Order granting Brandon J. Crainer leave to withdraw as counsel of record for Defendants and request that Brandon J. Crainer be removed from all service lists in the above-captioned matter.

DATED this 24th day of February, 2021.

> WERNER ENTERPRISES, INC., and
> DRIVERS MANAGEMENT LLC,
> Defendants
>
> By: /s/ *Brandon J. Crainer*
> Brandon J. Crainer, #24891
> Fraser Stryker PC LLO
> 500 Energy Plaza
> 409 South 17th Street
> Omaha, NE 68102
> Telephone: (402) 341-6000
> Facsimile: (402) 341-8290
> bcrainer@fraserstryker.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court for the United States District Court for the District of Nebraska, using the CM/ECF system, on this 24th day of February, 2021, which system sent notification of such filing to counsel of record.

/s/ Brandon J. Crainer