IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WERNER ENTERPRISES, INC.,<br><br>　　　　　Defendant;<br>and<br><br>ANDREW DEUSCHLE,<br><br>　　　　　Plaintiff Intervenor,<br><br>　v.<br><br>WERNER ENTERPRISES, INC.,<br><br>　　　　　Defendant. | **CASE NO: 8:18-CV-329**<br><br>**MOTION TO WITHDRAW EMILY KEATLEY AS COUNSEL OF RECORD** |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DRIVERS MANAGEMENT, LLC and WERNER ENTERPRISES, INC.,<br><br>　　　　　Defendants. | **CASE NO: 8:18-CV-462**<br><br>**MOTION TO WITHDRAW EMILY KEATLEY AS COUNSEL OF RECORD** |

　　COMES NOW, Plaintiff Equal Employment Opportunity Commission ("EEOC"), by and through undersigned counsel, and moves this Court for an entry permitting withdrawal of Emily Keatley as counsel of record for Plaintiff EEOC. In support of this Motion, the undersigned states to the Court that Ms. Keatley no longer works for the EEOC. Plaintiff EEOC will continue to be represented by all other counsels of record entered for the EEOC in the above-captioned

1

matters.

WHEREFORE, Plaintiff EEOC respectfully moves for an order granting leave to withdraw Emily Keatley as counsel of record for Plaintiff EEOC and requests that Emily Keatley be removed from all service lists in the above-captioned matters.

DATED this 25th day of February, 2021.

*/s/ Meredith S. Berwick*
Grant R. Doty, MO#60788
Meredith S. Berwick, MO#64389
Equal Employment
Opportunity Commission
St. Louis District Office
1222 Spruce St., Rm. 8.100
St. Louis, MO 63103
(314) 539-7918
(314) 539-7915
grant.doty@eeoc.gov
meredith.berwick@eeoc.gov

*Counsel for Plaintiff EEOC*

**CERTIFICATE OF SERVICE**

   I hereby certify that on February 25, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record listed below:

Brian East, beast@drtx.org
Dianne D. DeLair, dianne@drne.org
Lia S. Davis, ldavis@drtx.rog
*Counsel for Plaintiff-Intervenor*

Patrick Barrett, pbarrett@fraserstryker.com
Elizabeth A. Culhane, eculhane@fraserstryker.com
*Counsel for Defendants*

              */s/ Meredith S. Berwick*
              Meredith S. Berwick