IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ) ) ) | Case No. 8:18-cv-329 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| WERNER ENTERPRISES, INC. | ) ) ) | |
| Defendant. | ) ) ) | |
| and | ) ) | |
| ANDREW DEUSCHLE, | ) ) ) | |
| Plaintiff Intervenor, | ) ) | |
| vs. | ) ) ) | |
| WERNER ENTERPRISES, INC., | ) ) ) | |
| Defendant. | ) ) | |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) | Case No. 8:18-cv-462 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | |
| DRIVERS MANAGEMENT, LLC, and WERNER ENTERPRISES, INC., | ) ) ) ) | ENTRY OF APPEARANCE |
| Defendants. | ) ) | |

COMES NOW Sarah L. (Sally) McGill, with FRASER STRYKER PC LLO, and hereby enters her appearance for Defendants Werner Enterprises, Inc. and Drivers Management, LLC, in the above-captioned actions.

Dated: March 31, 2021.

>WERNER ENTERPRISES, INC. and
>DRIVERS MANAGEMENT, LLC,
>Defendants.
>
>By: /s/ Sarah L. (Sally) McGill
>Patrick J. Barrett  #17246
>Elizabeth A. Culhane #23632
>Sarah L. (Sally) McGill #24790
>Fraser Stryker PC LLO
>409 South 17th Street, #500
>Omaha, Nebraska 68102
>402.341.6000 Fax: 402.341.8290
>pbarrett@fraserstryker.com
>eculhane@fraserstryker.com
>smcgill@fraserstryker.com
>ATTORNEYS FOR DEFENDANTS
>WERNER ENTERPRISES, INC. and
>DRIVERS MANAGEMENT, LLC

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court for the United States District Court for the District Court of Nebraska using the CM/ECF system on this 31st day of March, 2021, which system sent notification of such filing to counsel of record:

C. Felix Miller
Grant R. Doty
Meredith Berwick
Equal Employment Opportunity Commission
Kansas City Area Office
400 State Avenue, Ste. 905
Kansas City, KS 66101
felix.miller@eeoc.gov
grant.doty@eeoc.gov
meredith.berwick@eeoc.gov

BRIAN EAST
LIA S. DAVIS
DISABILITY RIGHTS TEXAS
2222 West Braker Lane
Austin, Texas 78758-1024
beast@drtx.org
ldavis@drtx.org

DIANNE D. DELAIR
DISABILITY RIGHTS NEBRASKA
134 South 13th Street, Suite 600
Lincoln, Nebraska 68508
Dianne@drne.org

                                         /s/ Sarah L. (Sally) McGill

2547387.01