IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO: 8:18-CV-329 |
| v. | ) ) | |
| WERNER ENTERPRISES, INC., | ) ) | |
| Defendant; | ) ) | |
| and | ) ) | |
| ANDREW DEUSCHLE, | ) ) | |
| Plaintiff Intervenor, | ) ) | |
| v. | ) ) | |
| WERNER ENTERPRISES, INC., | ) ) | |
| Defendant. | ) | |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO: 8:18-CV-462 |
| v. | ) ) | |
| DRIVERS MANAGEMENT, LLC and WERNER ENTERPRISES, INC., | ) ) ) | |
| Defendants. | ) ) | |

**MOTION TO WITHDRAW C. FELIX MILLER AS COUNSEL OF RECORD**

COMES NOW Plaintiff U.S. Equal Employment Opportunity Commission (U.S. EEOC), by and through undersigned counsel, and moves this Court for an Order permitting C. Felix Miller, Supervisory Trial Attorney, to withdraw as counsel of record for Plaintiff EEOC in both above captioned cases, given his retirement, effective September 1, 2021, after 41 years of service to the U.S. EEOC.

1

WHEREFORE, Plaintiff moves for an Order granting C. Felix Miller leave to withdraw as counsel of record for Plaintiff EEOC in both above captioned cases and requests that he be removed from all service lists in the above-captioned matter. Plaintiff will continue to be represented by the undersigned and other attorneys of record in these matters.

Respectfully submitted,

*/s/ Grant R. Doty*
Grant R. Doty, #60788MO
Meredith S. Berwick, #64389MO
U.S. Equal Employment Opportunity Commission
St. Louis District Office
1222 Spruce Street, #8.100
St. Louis, MO 63103
(314) 312-8271
grant.doty@eeoc.gov
meredith.berwick@eeoc.gov

ATTORNEYS FOR PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies a true and correct copy of the foregoing was electronically filed with the Clerk of Court for the United States District Court for the District of Nebraska using the CM/ECF system on August 31, 2021, which notifies each counsel of record.

*/s/ Grant R. Doty*
Grant R. Doty