**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

Equal Employment Opportunity Commision

Plaintiff(s),

vs.

Werner Enterprises, Inc., et al.

Defendant(s).

Case No. 8:18-cv-00329

**REQUEST FOR TRANSCRIPT**
**OR**
**CERTIFICATE OF NO TRANSCRIPT ORDER**

*Complete <u>EITHER</u> Part A or Part B*

------------------- PART A -------------------

**TO COURT REPORTER:** __X__ Prepare a transcript.[1]

**TO CLERK:** ____ Burn an audio CD of a digitally-recorded hearing before Judge Kopf, Judge Urbom, Judge Gerrard, or a magistrate judge, if available. [2]

**Please prepare a transcript of the proceedings indicated below:**

__X__ **Pretrial Proceeding** held on August 14, 2020

____ **Plea Hearing** held on_____

____ **Sentencing** held on_____

____ **Trial** held on_____
(**NOTE:** Transcript will <u>not</u> include voir dire, opening statements, or closing arguments unless specifically requested):

---

[1]**NOTE:** After the court reporter or transcriber files the official transcript in any civil or criminal proceeding, the parties will have seven business days to file a Notice of Intent to Request Redaction. **See** NEGenR 1.3(c); NECivR 5.3; NECrimR 49.3. **See also** http://www.ned.uscourts.gov/plans-and-policies, "Transcript Redaction Procedure (Revised; Effective May 12, 2008)."

[2]Digital audio files of hearings and trials before Judge Kopf, Judge Urbom, and the magistrate judges may be available over the Internet through the Public Access to Court Electronic Records (PACER) system at https://ecf.ned.uscourts.gov/cgi-bin/ShowIndex.pl. See Digital Audio Files of Court Proceedings Available Online at http://www.ned.uscourts.gov/email.

____ **Testimony ONLY of Specific Trial Witness(es)**

    Name_____
    Date_____

    Name_____
    Date_____

    Name_____
    Date_____

____ **Other Hearing** held on_____

**Delivery Requested**:

____ Within 30 calendar days ($3.65 per page)

____ Within 14 calendar days ($4.25 per page)

____ Within 7 calendar days ($4.85 per page)

__X__ Within 3 calendar days ($5.45 per page)

s/_____Meredith S. Berwick_____

Attorney's Signature/Party Name

Address_ 1222 Spruce Street, Room 8.100_____

City/State_ St. Louis, MO 63103_____

Date_ October 19, 2021_____

I am (indicate one):

____ Retained     ____ FPD
____ CJA     ____ USA
                 __X__ A party to this action

-------------------- **PART B** --------------------

### CERTIFICATE OF NO TRANSCRIPT ORDER

By signing below, I certify that no transcript will be ordered.

s/_____
Attorney's Signature

Date_____

_____

### CERTIFICATE OF SERVICE

I hereby certify that on __October 19, 2021___, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:
_all counsel of record for all parties_____
and I hereby certify that I have mailed by United States Postal Service the document to the the following non CM/ECF participants: _N/A_____.

s/__Meredith S. Berwick_____

_____

### COURT REPORTER/TRANSCRIBER ACKNOWLEDGMENT

- Date Order Received _____

- Estimated Completion Time_____

- Estimated Number of Pages_____

_____
Court Reporter/Transcriber

Date_____