IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>   Plaintiff,<br><br> v.<br><br>WERNER ENTERPRISES, INC.,<br><br>   Defendant;<br>and<br><br>ANDREW DEUSCHLE,<br><br>   Plaintiff Intervenor,<br><br> v.<br><br>WERNER ENTERPRISES, INC.,<br><br>   Defendant. | **CASE NO: 8:18CV329**<br><br><br>**STIPULATED PROTECTIVE ORDER** |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br> v.<br><br>DRIVERS MANAGEMENT, LLC and WERNER ENTERPRISES, INC.,<br><br>Defendants. | **CASE NO: 8:18CV462**<br><br><br>**STIPULATED PROTECTIVE ORDER** |

  Upon the request of the parties, acting pursuant to the Court's June 27, 2022, order (18cv329 Filing No. 238) and (18cv462 Filing No. 218), this Court enters the following Protective Order governing the testimony of Werner Enterprises, Inc. ("Werner") witness, Ben Pile, in either his deposition of June 9, 2022 and/or the reconvened deposition of July 11, 2022.

  The Equal Employment Opportunity Commission ("EEOC") shall not use any testimony of Ben Pile in its investigation of Charge Number 440-2021-03577, Charge Number 560-2022-

01016 or in any future EEOC investigation of Charges alleging that Werner has unlawfully failed to hire hard-of-hearing or deaf applicants for driver positions. Additionally, the EEOC shall not provide such deposition testimony to any interested third parties.

This Order shall not affect or limit the presentation of evidence during the trial of this action. The parties recognize that this issue will be addressed prior to trial by the Court.

The provisions of this Stipulated Protective Order shall not terminate at the conclusion of this action.

IT IS SO ORDERED this 6th day of July, 2022.

BY THE COURT

s/ Susan M. Bazis
United States Magistrate Judge