# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WERNER ENTERPRISES, INC.,<br><br>　　　　　Defendant;<br>and<br><br>ANDREW DEUSCHLE,<br><br>　　　　　Plaintiff Intervenor,<br><br>　v.<br><br>WERNER ENTERPRISES, INC.,<br><br>　　　　　Defendant. | **CASE NO: 8:18-CV-329** |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DRIVERS MANAGEMENT, LLC and WERNER ENTERPRISES, INC.,<br><br>　　　　　Defendants. | **CASE NO: 8:18-CV-462** |

## APPEARANCE OF COUNSEL

The undersigned is admitted to practice before this Court and enters his appearance as counsel for Plaintiff, Equal Employment Opportunity Commission, in both Case Numbers 8:18-CV-329 and 8:18-CV-462.

*/s/ Joshua M. Pierson*
Joshua M. Pierson, KS Bar #29095
Equal Employment Opportunity
 Commission
400 State Avenue, Suite 905
Kansas City, Kansas 66101
Phone: (913) 359-1807
Facsimile: (913) 551-6957
joshua.pierson@eeoc.gov

*Attorney for Plaintiff, Equal Employment Opportunity Commission*

## CERTIFICATE OF SERVICE

I certify that on September 6, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

*/s/ Joshua M. Pierson*