IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | **CASE NO: 8:18-CV-329** |
| Plaintiff, | |
| v. | |
| WERNER ENTERPRISES, INC., | |
| Defendant; and | |
| ANDREW DEUSCHLE, | |
| Plaintiff Intervenor, | |
| v. | |
| WERNER ENTERPRISES, INC., | |
| Defendant. | |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | **CASE NO: 8:18-CV-462** |
| Plaintiff, | |
| v. | |
| DRIVERS MANAGEMENT, LLC and WERNER ENTERPRISES, INC., | |
| Defendants. | |

## STIPULATION

Plaintiffs Equal Employment Opportunity Commission and Andrew Deuschle, and Defendants Drivers Management LLC and Werner Enterprises, Inc., stipulate to the following in the above styled and numbered causes:

1

1.    Andrew Deuschle had a disability as that term is defined in the ADA at the time that he applied to Werner.

Dated this 22nd day of September, 2022.

Respectfully submitted,

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Plaintiff. | WERNER ENTERPRISES, INC. and DRIVERS MANAGEMENT, LLC, Defendants. |
|---|---|
| BY: */s/ Meredith Berwick* <br> Meredith Berwick, MO Bar #64389 <br> Equal Employment Opportunity Commission <br> 1222 Spruce Street, Room 8.100 <br> St. Louis, MO 63103 <br> Phone: 314-798-1909 <br> Fax: 314-539-7895 <br> meredith.berwick@eeoc.gov <br><br> Joshua M. Pierson, KS Bar #29095 <br> Equal Employment Opportunity Commission <br> 400 State Avenue, Suite 905 <br> Kansas City, Kansas 66101 <br> Phone: (913) 359-1807 <br> Facsimile: (913) 551-6957 <br> joshua.pierson@eeoc.gov <br> *Attorneys for Plaintiff EEOC* | BY: */s/ Patrick J. Barrett* <br> Patrick J. Barrett #17246 <br> Elizabeth A. Culhane, #23632 <br> Sarah L. (Sally) McGill, #24790 <br> FRASER STRYKER PC LLO <br> 500 Energy Plaza <br> 409 South 17th Street <br> (402) 341-6000 <br> pbarrett@frasertryker.com <br> eculhane@frasertryker.com <br> smcgill@frasertryker.com <br> *Attorneys for Werner Enterprises, Inc. and Drivers Management, LLC* |

ANDREW DEUSCHLE,
Plaintiff Intervenor.

BY: */s/ Brian East*
Brian East, TX Bar # 06360800
(Admitted Pro Hac Vice)
Disability Rights Texas
2222 West Braker Lane
Austin, Texas 78758
Phone: 512-454-4816
Fax: 512-454-3999
beast@drtx.org
Lia Sifuentes Davis, TX Bar # 24071411
(Admitted Pro Hac Vice)
University of Texas School of Law
Civil Rights Clinic

727 East Dean Keaton Street
D1800
Austin, Texas 78705
Phone: 512-232-7222
Fax: 512-232-0800
lia.davis@law.utexas.edu
*Attorneys for Plaintiff-Intervenor*
*Andrew Deuschle*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

*/s/ Brian East*
BRIAN EAST
