IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>             Plaintiff,<br><br>vs.<br><br>WERNER ENTERPRISES, INC.,<br><br>             Defendant. | **8:18CV329**<br><br>**SECOND AMENDED<br>TRIAL SETTING ORDER** |

Following communications with counsel regarding the trial date set in this case,

IT IS ORDERED that the trial date in this is continued as follows:

1) The jury trial of this case **is rescheduled** to commence before John M. Gerrard, United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 9:00 a.m. on June 5, 2023**, or as soon thereafter as the case may be called, for a duration of five (5) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference **is rescheduled** to be held before the undersigned magistrate judge on **May 4, 2023** at **10:00 a.m.**, and will be conducted by video conferencing. Video conference instructions are found at Filing No. 232.

3) The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to bazis@ned.uscourts.gov in Word format, **by 12:00 p.m. on April 27, 2023**.

4) Motions in limine and motions seeking pretrial evidentiary hearings regarding the admissibility of evidence shall be filed no later than twenty-eight (28) days before trial.

5) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 12th day of January, 2023.

                                                     BY THE COURT:

                                                     s/ Susan M. Bazis<br>
                                                     United States Magistrate Judge