IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EQUAL OPPORTUNITY EMPLOYMENT COMMISSION,         Plaintiff, and ANDREW DEUSCHLE,         Intervenor Plaintiff, vs. WERNER ENTERPRISES, INC.,         Defendant. | 8:18-CV-329 ORDER |

    This matter is before the Court on both parties' objections to the designated deposition testimony of Clarence Easterday, Jr., Wayne Cederholm, and Christopher Hilkemann:

<u>Clarence Easterday, Jr.</u>

    Both parties' objections to the deposition designations will be overruled subject to the following caveat for one of the plaintiffs' objections:

| | |
|---|---|
| 23:21-24:12 | Overruled, but the deposition should include, for completeness, 24:13-22. |

<u>Wayne Cederholm</u>

    Both parties' objections to the deposition designations will be overruled except as to the following:

<em>Plaintiffs' Objections</em>

| | |
|---|---|
| 12:18-20 | Overruled, but the deposition should include, for completeness, 12:25-13:6. |
| 36:11-37:2 | Overruled, but the deposition should include, for completeness 37:3-6. |

*Defendant's Objections*

29:4-7, 9    Sustained only as to 29:6-9, foundation.

### Christopher Hilkemann

Both parties' objections to the deposition designations will be overruled subject to the following caveats for two of the plaintiffs' objections:

10:12-24      Overruled, but the deposition should include, for completeness, 10:25-11:9.

44:19-47:20   Overruled, but the deposition should include, for completeness, 47:21-48:3.

IT IS SO ORDERED.

Dated this 3rd day of June, 2023.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge

- 2 -