IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EQUAL OPPORTUNITY EMPLOYMENT COMMISSION,  Plaintiff,  and  ANDREW DEUSCHLE,  Intervenor Plaintiff,  vs.  WERNER ENTERPRISES, INC.,  Defendant. | 8:18-CV-329  ORDER |

This matter is before the Court on the parties' objections to the designated deposition testimony of Donald Wayne Gibbs, Lathen Whited, and Lindsay Wilbert:

### Objections to Donald Wayne Gibbs Deposition Testimony

The parties' objections to the deposition designations will all be overruled.

### Lathen Whited

The parties' objections to the deposition designations will be overruled subject to the following caveats for two of the plaintiffs' objections:

| | |
|---|---|
| 12:18-25 | Overruled, but the deposition should include, for completeness, 12:26-13:3. |
| 24:21-25:8 | Overruled, but the deposition should include, for completeness, 25:9-12. |

<u>Lindsay Wilbert</u>

The parties' objections to the deposition designations will be overruled subject to the following caveats for two of the plaintiffs' objections:

| | |
|---|---|
| 20:4-23:19 | Overruled, but the deposition should include, for completeness, 24:21-25:6. |
| 28:4-16 | Overruled, but the deposition should include, for completeness, 28:22-29:1. |

IT IS SO ORDERED.

Dated this 4th day of June, 2023.

BY THE COURT:

*John M. Gerrard* (signature)

John M. Gerrard
Senior United States District Judge