IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>and<br><br>ANDREW DEUSCHLE,<br><br>　　　　Intervenor Plaintiff,<br><br>vs.<br><br>WERNER ENTERPRISES, INC.,<br><br>　　　　Defendant. | 8:18-CV-329<br><br>JUDGMENT |

　　　Pursuant to the jury's verdict and the accompanying findings of fact and conclusions of law, the plaintiffs' claims are dismissed.

　　　Dated this 11th day of January, 2024.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Senior United States District Judge