IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>  Plaintiff,<br><br>and<br><br>ANDREW DEUSCHLE,<br><br>  Plaintiff-Intervenor,<br><br>  v.<br><br>WERNER ENTERPRISES, INC.,<br><br>  Defendant. | NOTICE OF APPEA.L<br><br>CASE NO: 8:18-CV-329 |

    Notice is hereby given that Plaintiff Equal Employment Opportunity Commission appeals to the United States Court of Appeals for the Eighth Circuit from the Final Judgment (Doc. 368) entered in this action on January 11, 2024, including without limitation (1) the trial court's March 31, 2023 order (Doc. 292) partially granting Werner Enterprises' motion for summary judgment and partially denying the EEOC's motion for summary judgment, (2) the jury instructions (Doc. 341), and (3) the trial court's post-trial order (Docs. 367) denying the EEOC's motion for judgment on Count III of its amended complaint.

                                                          Respectfully submitted,

                                                           */s/ Meredith S. Berwick*
                                                           Meredith Berwick, MO Bar No. 64389
                                                           Equal Employment Opportunity Commission
                                                           1222 Spruce Street, Room 8.100
                                                           St. Louis, MO 63103
                                                           Phone: (314) 798-1909
                                                           Fax: (314) 539-7895
                                                           meredith.berwick@eeoc.gov

Joshua M. Pierson, KS Bar No. 29095  
Lauren M. Wilson, FL Bar No. 1024850  
Equal Employment Opportunity Commission  
400 State Avenue, Suite 905  
Kansas City, Kansas 66101  
Phone: (913) 359-1807  
Facsimile: (913) 551-6957  
joshua.pierson@eeoc.gov  
lauren.wilson@eeoc.gov  

*Attorneys for Plaintiff EEOC*

CERTIFICATE OF SERVICE

     I hereby certify that on March 8, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

                                                   */s/ Meredith S. Berwick*