# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 24-1497
_____

Equal Employment Opportunity Commission

Plaintiff - Appellant

Andrew Deuschle

Intervenor Plaintiff

v.

Werner Enterprises, Inc.

Defendant - Appellee

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:18-cv-00329-JMG)
_____

**JUDGMENT**

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

March 29, 2024

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans